UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| PETER DRURY, | ) |
|         Plaintiff | ) |
| v. | )   1:16-CV-00530-LEW |
| DAVID B. BERNHARDT, et al., | ) |
|         Defendants | ) |

**ORDER OVERRULING PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S DISCOVERY ORDER**

On December 6, 2018, the United States Magistrate Judge entered his Order on Discovery Issue. Plaintiff filed an appeal of the Magistrate Judge's ruling on December 20, 2018. I have reviewed and considered the Magistrate Judge's Order.

I concur with the Magistrate Judge's Order because it is neither clearly erroneous nor contrary to law, and I determine that no further proceeding is necessary. *See* Fed. R. Civ. P. 72(a). The objection is overruled and the Magistrate Judge's Order is affirmed.

**SO ORDERED.**

Dated this 16th day of January, 2019.

                                                  /s/ Lance E. Walker
                                                **LANCE E. WALKER**
                                                **UNITED STATES DISTRICT JUDGE**